**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00287-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

5.  JOSE HOLGUIN-FIERRO, and
6.  NATHANIEL AUGUSTUS SMITH, III,

      Defendants.

---

**MINUTE ORDER[1]**

---

The following motions are before the court for consideration: (1) defendant Smith's **Motion For Extension of Time To File Wiretap-Related Motions** [#422]; and **Defendant Jose Holguin-Fierro's Second Motion For Extension of Time To File Wiretap Related Motions** [#425], both filed April 19, 2010.  By **April 23, 2010**, counsel for defendants Hoguin-Fierro and Smith shall file a supplement to their motions for extension of time to specify the length of extension requested.

      Dated:  April 20, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.